**Elliot Ulysses CATES, Plaintiff–Appellant,**

v.

**John POTTER, Postmaster General, Cheryl Williams, Vanessa Duncan–Smith, Toniette Henry, Defendants–Appellees.**

**No. 09–2572–cv.**

United States Court of Appeals, Second Circuit.

Feb. 5, 2010.

Jared Kneitel, New York, NY, for Appellant.

Assistant United States Attorney Carolina A. Fornos (David S. Jones, Assistant United States Attorney, on the brief) for Preet Bharara, United States Attorney for the Southern District of New York, New York, NY, for Appellees.

PRESENT: PIERRE N. LEVAL, RICHARD C. WESLEY, Circuit Judges, JOHN GLEESON,* District Judge.

### SUMMARY ORDER

Appellant Elliot Ulysses Cates ("Cates") appeals the district court's grant of Appellees' Federal Rule of Civil Procedure 12(b)(6) motion, dismissing his complaint alleging violations of the Due Process Clause, Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, and the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, as well as claims for defamation and breach of contract. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's dismissal of a complaint pursuant to Rule 12(b)(6) *de novo*, "construing the complaint liberally, accepting all factual allegations in the complaint as true, and drawing all reasonable inferences in the plaintiff's favor." *Chambers v. Time Warner, Inc.*, 282 F.3d 147, 152 (2d Cir.2002). Our independent review of the record confirms that the district court properly granted the motion to dismiss. We affirm that court's judgment

for substantially the same reasons as articulated in that court's thorough and well-reasoned opinion.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**